UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIRAN BROWN,

               Plaintiff,

      v.

IRS,

               Defendant.

Case No. 21-cv-02432-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding pro se in Maryland, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

     **IT IS SO ORDERED.**

Dated: May 24, 2021

                          */s/ Phyllis J. Hamilton*
                          PHYLLIS J. HAMILTON
                          United States District Judge